UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

ROBERT ANTONIO MENDOZA,
                    Petitioner,
          v.
S. FRAUENHEIM,
                    Respondent.

Case No. 14-cv-3446-RMI (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The case was dismissed and closed without prejudice as unexhausted on October 24, 2014. Petitioner filed a motion for relief from a final judgment pursuant to Fed. R. Civ. P. 60(b)(4) that was denied on March 15, 2018. The case was recently reassigned to the undersigned. On April 25, 2018, the Ninth Circuit remanded the case for the limited purpose of granting or denying a certificate of appealability. *See* Case No. 18-15666 (9th Cir. Apr. 25, 2018)

The federal rules governing habeas cases brought by state prisoners require a district court that issues an order denying a habeas petition to either grant or deny therein a certificate of appealability. *See* Rules Governing § 2254 Cases, Rule 11(a).

A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and the certificate must indicate which issues satisfy this standard. *Id*. § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: [t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S.

473, 484 (2000).

For the same reasons set forth in the March 15, 2018, order denying the motion for reconsideration, the court finds that petitioner has not shown that reasonable jurists would find the decision debatable or wrong. A certificate of appealability is **DENIED**. The clerk shall **FORWARD** this order to the Ninth Circuit in Case No. 18-15666.

**IT IS SO ORDERED.**

Dated: April 30, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge